J S - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-02570-SSS-DTBx | Date | November 4, 2025 |
|---|---|---|---|
| Title | *Robert Hemenway v. City of Fontana et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER REMANDING CASE**

      On July 4, 2025, Plaintiff Robert Hemenway filed a Complaint in the Superior Court of California, County of San Bernardino, alleging state and federal claims arising from an alleged unlawful search and seizure.  [Dkt. No. 1].  On August 29, 2025, Plaintiff filed a First Amended Complaint.  [Dkt. No. 1-1].  On September 29, 2025, Defendants City of Fontana and Fontana Police Department removed the matter to this Court.  [Dkt. No. 1].  On October 6, 2025, Plaintiff filed a Second Amended Complaint ("SAC"), removing the sole federal claim under 42 U.S.C. § 1983.  Accordingly, the Court issued an Order to Show Cause as to why the action should not be remanded to the state court for lack of subject matter jurisdiction.  [Dkt. No. 18].

      Defendants responded, confirming in light of Plaintiff's SAC, the Court "does not have jurisdiction and this case should be remanded to state court."  [Dkt. No. 21].  Plaintiff did not file a response.

      Here, there is no diversity of citizenship between the parties.  In addition, the SAC removes the sole federal claim that conferred the Court with federal question jurisdiction.  Therefore, remand is mandated.  *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22, 23 (2025) ("[W]hen the plaintiff in an original case

amends her complaint to withdraw the federal claims, leaving only state claims behind, she divests the federal court of adjudicatory power.").

    Accordingly, it is hereby **ORDERED**:

1. This matter is **REMANDED** to the Superior Court of California, County of San Bernardino;
2. The pending motions, dkts. 8, 13, and 17 are **DENIED AS MOOT**; and
3. The Clerk of Court shall close this case and send a certified copy of this Order to the state court.  (JS-6)

**IT IS SO ORDERED**.